PS 42
(Rev 7/93)

# United States District Court

## Western District of Tennessee

| | |
|---|---|
| **United States of America** | ) |
| | ) |
| vs | ) |
| | ) |
| Keith Threatt | )     Case No. 09-20314-004 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Keith Threatt, have discussed with Loretta Fleming, Pretrial Services/Probation Officer, modification of my release conditions as follows:

1. Travel restricted to the Western District of Tennessee and the Northern District of Mississippi without prior approval of Pretrial Services

I consent to this modification of my release conditions and agree to abide by this modification.

_____   _____   *Loretta Fleming*  9/23/09
Signature of Defendant         Date         Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

*Jeff Woods*  9/23/09
Signature of Defense Counsel   Date

[✓] The above modification of conditions of release is ordered, to be effective on **9-23-2009**

[ ] The above modification of conditions of release is **not** ordered.

S/Charmiane G. Claxton   **9-23-2009**
Signature of Judicial Officer   Date